ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Pennymac Loan Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM DAHAR, | Case No.: 2:23-cv-01020-CDS-MDC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |
| PENNYMAC LOAN SERVICES, LLC and NATIONAL DEFAULT SERVICING CORP., | |
| Defendants. | **(SECOND REQUEST)** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

75641190;1

Tim Dahar and Pennymac Loan Services, LLC agree that Pennymac may have an additional seven (7) days, up to and including **April 4, 2024**, to file its response to Mr. Dahar's amended complaint, which is currently due on March 28, 2024.  The amended complaint, which Mr. Dahar timely filed on February 23, 2024, was entered and served on February 29, 2024.  ECF No. 26.  The court previously granted the parties' stipulation for an extension of time through March 28, 2024.  ECF No. 27.  The court also granted the parties' prior stipulation that they may have until April 4, 2024, to submit a discovery plan and scheduling order.  *Id.*

Good cause exists to grant the requested extension.  Pennymac's counsel requests a one-week extension due to unforeseen emergencies arising in other matters following counsels' return to the office on March 18, 2024, and so that the filing deadline for Pennymac's response to Mr. Dahar's first amended complaint coincides with the deadline for the parties to submit a discovery plan and scheduling order. This is the parties' second request for an extension of this deadline, and it is not intended to cause any delay or prejudice to any party.

DATED this 26th day of March, 2024.

**AKERMAN LLP**

_/s/ Paige L. Magaster_
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Pennymac Loan Services, LLC*

_/s/ Tim Dahar_
TIM DAHAR
4540 San Rafael Avenue
Las Vegas, NV 89120

**ORDER**

**IT IS SO ORDERED:**

**Maximiliano D. Couvillier III**
**UNITED STATES MAGISTRATE JUDGE**
2:23-cv-01020-CDS-MDC
DATED: **March 28, 2024**

{}
75641190;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of March, 2024, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (SECOND REQUEST)**, in the following manner:

☐ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on March 26, 2024.

> Tim Dahar
> 4540 San Rafael Avenue
> Las Vegas, NV  89120

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below:

☒ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below on March 26, 2024:

> tim.dahar@gmail.com

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made

> */s/ Patricia Larsen*
> An employee of AKERMAN LLP

{}
75641190;1