ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Pennymac Loan Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TIM DAHAR,<br><br>Plaintiff<br><br>v.<br><br>PENNYMAC LOAN SERVICES, LLC and NATIONAL DEFAULT SERVICING CORP.,<br><br>Defendants | Case No.: 2:23-cv-01020-CDS-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 32], MOTION TO STAY DISCOVERY [ECF NO. 33], AND FIRST AMENDED COMPLAINT REVISED / CORRECTED [ECF NO. 31]**<br><br>**(FIRST REQUEST)** |

On February 1, 2024, the court dismissed Tim Dahar's complaint with leave to amend. ECF No. 25. Mr. Dahar filed a first amended complaint on February 23, 2024. ECF No. 26. Mr. Dahar and Pennymac Loan Services, LLC stipulated to extend the deadline for Pennymac to respond to Mr. Dahar's first amended complaint, and the court extended the response deadline accordingly. ECF Nos. 28, 30. On April 4, 2024, Pennymac moved to dismiss the first amended complaint and stay discovery pending the court's ruling on its motion to dismiss. ECF Nos. 32, 33. Also on April 4, 2024, Mr. Dahar filed another pleading titled "first amended complaint, revised / corrected, submission for discovery / attempts to provide best notification of details for court and defendants ability to defend." ECF No. 31. The deadline for Mr. Dahar to respond to Pennymac's motions to

75993656;1

1  dismiss and to stay discovery is April 18, 2024. The deadline for Pennymac to respond to the new
2  pleading that Mr. Dahar filed is also April 18, 2024.

3  Mr. Dahar and Pennymac agree that Pennymac may have up to and including **April 30, 2024**,
4  to file its response to the new pleading that Mr. Dahar filed on April 4, 2024 (ECF No. 31). Mr.
5  Dahar and Pennymac further agree that Mr. Dahar shall have until **May 16, 2024** to respond to all
6  pending motions, including Pennymac's motion to dismiss the first amended complaint, motion to
7  stay discovery, and any motion Pennymac may file in response to the new pleading that Mr. Dahar
8  filed on April 4, 2024. Mr. Dahar and Pennymac further agree that Pennymac may have until
9  **May 31, 2024** to reply in support of all of its pending motions, including Pennymac's motion to
10 dismiss the first amended complaint, motion to stay discovery, and any motion Pennymac may file
11 in response to the new pleading that Mr. Dahar filed on April 4, 2024.

12 Good cause exists to grant the requested extension based on the pleading filed on April 4,
13 2024, and to consolidate the briefing schedule for party and judicial economy. This is the parties'
14 first request for an extension of this deadline, and it is not intended to cause any delay or prejudice.

15 DATED this 18th day of April, 2024.

| AKERMAN LLP | |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Pennymac Loan Services, LLC* | /s/ Tim Dahar<br>TIM DAHAR<br>4540 San Rafael Avenue<br>Las Vegas, NV 89120 |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
2:23-cv-01020-CDS-MDC

DATED: April 19, 2024